IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

G. VERONICA WILLARD,                   :
                                       :   CIVIL ACTION
          Plaintiff,                   :   NO. 16-01199
                                       :
     v.                                :
                                       :
BANK OF AMERICA, et al.,               :
                                       :
          Defendants.                  :

**O R D E R**

**AND NOW**, this **6th** day of **September, 2016,** upon consideration of: (1) the "Motion to Dismiss by Defendants Bank of America, N.A., Banc of America Consumer Card Services, LLC, and BA Credit Card Funding, LLC" (ECF No. 8); (2) "Defendant, Blatt, Hasenmiller, Leibsker & Moore, LLC's, Motion for Leave to Join Bank of America's Motion to Dismiss Plaintiff's Complaint with Prejudice" (ECF No. 12); (3) "Defendant, Blatt Hasenmiller, Leibsker & Moore, LLC's, Motion to Dismiss with Prejudice and/or Strike Amended Complaint, Filed 6/30/16" (ECF No. 23); (4) "Defendant, Blatt Hasenmiller, Leibsker & Moore, LLC's, Motion to Dismiss with Prejudice and/or Strike Amended Complaint," amended (ECF No. 25); (5) the "Motion to Dismiss Amended Complaint by Defendants Bank of America, N.A., Banc of America Consumer Card Services, LLC, and BA Credit Card Funding, LLC" (ECF No. 29); and (6) Plaintiff's responses to the motions to dismiss (ECF No. 34 and 36), it is hereby **ORDERED** that:

1.     the "Motion to Dismiss by Defendants Bank of America, N.A., Banc of America Consumer Card Services, LLC, and BA Credit Card Funding, LLC" (ECF No. 8), is **DENIED as moot.**

2.     "Defendant, Blatt, Hasenmiller, Leibsker & Moore, LLC's, Motion for Leave to Join Bank of America's Motion to Dismiss Plaintiff's Complaint with Prejudice" (ECF No. 12), "Defendant, Blatt Hasenmiller, Leibsker & Moore, LLC's, Motion to Dismiss with Prejudice and/or Strike Amended Complaint, Filed 6/30/16" (ECF No. 23), and "Defendant, Blatt Hasenmiller, Leibsker & Moore, LLC's, Motion to Dismiss with Prejudice and/or Strike Amended Complaint," amended (ECF No. 25) are **DENIED as moot.**

3.     The "Motion to Dismiss Amended Complaint by Defendants Bank of America, N.A., Banc of America Consumer Card Services, LLC, and BA Credit Card Funding, LLC" (ECF No. 29) is **GRANTED.** The Amended Complaint is **DISMISSED with prejudice.**

The Clerk of Court shall mark this case as **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**